**Gary DAY, Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2008–7097.

United States Court of Appeals, Federal Circuit.

July 24, 2008.

Gary Day, of Counsel Attorney, Willow Springs, MO, pro se.

Hillary A. Stern, Principal Attorney, Department of Justice, Washington, DC, for Respondent–Appellee.

## ORDER

Order Vacated, See 2008 WL 5736992.

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.